UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEAN JENKINS, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 18-12359-ADB |
| CAPTAIN SPAULDING, et al., | * | |
| Defendants. | * | |

ORDER

BURROUGHS, D.J.

On November 9, 2018, *pro se* plaintiff Sean Jenkins, a civilly committed person in custody at FMC Devens, Massachusetts, filed a complaint seeking "at least $10 million to be given to [plaintiff] and [plaintiff wants] to be released back to Puerto Rico where [he] can live in peace and be left alone." *See* Complaint ("Compl."), Dkt. No. 1. At that time, the action was randomly assigned to Magistrate Judge Kelley pursuant to the Court's Program for Random Assignment of Civil Cases to Magistrate Judges. *See* Notice of Case Assignment, Dkt. No. 4.

By Memorandum and Order dated February 22, 2019, plaintiff was ordered to file an amended complaint because his original complaint failed to comply with the pleading requirements of the Federal Rules of Civil Procedure. *See* Dkt. No. 7. The Memorandum and Order stated that Jenkins' failure to comply within thirty-five days would result in the dismissal of this action. *Id.* To date, Jenkins has not responded and the time to do so has expired.

On April 9, 2019, the action was reassigned to the undersigned. *See* Notice of Case Assignment, Dkt. No. 8. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow

the court's orders.  Fed. R. Civ. P. 41(b).  Here, dismissal is appropriate because without plaintiff's active participation, the court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the February 22, 2019 Memorandum and Order, this action is hereby dismissed without prejudice.

**SO ORDERED.**

April 9, 2019

/s/ Allison D. Burroughs  
ALLISON D. BURROUGHS  
U.S. DISTRICT JUDGE